HARRIS, Estate of, In re, GRAY, Appellee, v. RUGG, Appellant.

Ohio Appeals, Second District, Franklin County.

No. 4053.   Decided October 29, 1947.

B. N. Murray, Columbus, pro tem. for the Estate and for Ota M. Rugg, appellant, and for the Motion.

Guy R. Martin, Columbus, for Administratrix-Claimant, appellee, and contra the Motion.

## OPINION

By THE COURT.

Submitted on motion of appellant for an order of diminution of the record. This motion is not untimely. We were unable to pass upon the question briefed and argued by counsel because of the state of the bill of exceptions. The record will be certified to the Probate Judge for a further consideration and if it is incomplete in any particular, it may be completed. Sec. 11572 a GC. Manifestly, we cannot determine whether or not objection, other than appears in the bill as it comes to us, was interposed by the plaintiff-appellant to the action of the Court, or exceptions noted to any ruling made.

Motion sustained.

WISEMAN, PJ, MILLER and HORNBECK, JJ, concur.